No. 1725, Misc. NISSLEY, ADMINISTRATRIX *v.* PENN-SYLVANIA RAILROAD CO. Sup. Ct. Pa. Certiorari denied. *B. Nathaniel Richter* for petitioner. *George J. Miller* for respondent.

No. 1737, Misc. CARROLL *v.* NEIL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1745, Misc. DURHAM *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1748, Misc. WILSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1770, Misc. HARRIS *v.* CICCONE, MEDICAL CENTER DIRECTOR. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1771, Misc. GILMORE *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1774, Misc. RICHESON *v.* SHERIFF OF COLES COUNTY ET AL. Sup. Ct. Ill. Certiorari denied.

No. 1781, Misc. EPPERSON *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 1791, Misc. SHUFORD *v.* STENOGRAPHER CLERK, CITY OF BUFFALO. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.